964 A.2d 649

**Steven G. OCHS, etc., et al.**

v.

**Gerald Meibo HAYWARD, et al.**

**No. 93, Sept. Term, 2008.**

Court of Appeals of Maryland.

Feb. 6, 2009.

Dennis F. O'Brien (Dennis F. O'Brien, P.A., Bel Air), on brief, for Petitioners.

Wade J. Callender (Robert J. Farley, Wharton Levin Ehramtraut & Klein, P.A., Annapolis, Robert W. Goodson, David J. Finucane, Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, Baltimore; Jeffrey N. Pritzker and Randolf C. Baker of Margolis, Pritzker, Epstein & Blatt, P.A., Towson), on brief, for Respondents.

David M. Kopstein, Kopstein & Perilman, Seabrook, Amicus Curiae of Maryland Assn. for Justice.

Albert D. Brault, John F. Brault, Brault Graham, LLC, Rockville, Amici Curiae for Medical Mutual Liability Ins. Society of Maryland & Medstar Health, Inc.

Argued before BELL, C.J., HARRELL, BATTAGLIA, GREENE, MURPHY, ADKINS and BARBERA, JJ.

PER CURIAM ORDER.

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 6th day of February, 2009,

ORDERED, by the Court of Appeals of Maryland, a majority of the Court concurring, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.